# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 163 EM 2014 |
| Respondent | : |
| v. | : |
| PETER IN, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of December, 2014, the Petition for Leave to File a Petition for Allowance Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.